CLAUDIA QUINTANA
City Attorney, SBN 178613
BY: KELLY J. TRUJILLO
Deputy City Attorney, SBN 244286
CITY OF VALLEJO, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687

MARK A. JONES, SBN 96494
KRISTEN K. PRESTON, SBN 125455
JONES & DYER
A Professional Corporation
1800 J Street
Sacramento, CA 95811
Tel: (916) 552-5959
Fax: (916) 442-5959

Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph,
Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH L. JOHNSON, an individual, CYNTHIA A. MITCHELL, an individual, and as successor-in-interest and personal representative of decedent MARIO D.S.M. ROMERO,<br><br>　　　　　　　　　Plaintiffs,<br><br>vs.<br><br>THE CITY OF VALLEJO, a municipality and charter city, POLICE OFFICER DUSTIN B. JOSEPH, an individual, POLICE OFFICER SEAN G. KENNEY, an individual, VALLEJO CHIEF OF POLICE JOSEPH M. KREINS, an individual and DOES 1-5, inclusive,<br><br>　　　　　　　　　Defendants. | Case No.: 2:13-CV-01072-JAM-KJN (Related to Case No.: 2:13-CV-02060-JAM-KJN)<br><br>STIPULATION AND ORDER CONSOLIDATING ACTIONS<br><br>[F.R.C.P. 42]<br><br>TO BE CONSOLIDATED WITH (*Romero, et al. v. The City of Vallejo, et al Case No.: 2:13-CV-02060-JAM-KJN*)<br><br>**Honorable John A. Mendez** |

　　　WHEREAS, the court has issued an order relating these cases (see Docket No. 15); and

　　　WHEREAS, the related cases arise from the same incident and call for determination of the same factual and legal issues; and

1
STIPULATION AND [PROPOSED] ORDER CONSOLIDATING ACTIONS

1  WHEREAS, plaintiff Mitchell in case number 2:13-CV-01072-JAM-KJN and Romero, plaintiff in the related case, each claim to be the sole surviving heir of Mario Romero with respect to survivor claims alleged on Romero's behalf and wrongful death claims on their own behalf; and

WHEREAS, pursuant to statute, in California individuals with standing to pursue survival actions are expressly limited to the duly appointed personal representative of the decedent's estate or, if none, decedent's successor-in-interest (California Code of Civil Procedure section 377.30) and wrongful death actions in California are similarly controlled by statute, standing is limited pursuant to California Code of Civil Procedure section 377.60 and an action for wrongful death is a "single joint individual action"; and

WHEREAS, if the related cases are heard and decided separately inconsistent verdicts may result,

THE PARTIES HEREBY STIPULATE AND AGREE that, subject to court approval, the related cases be consolidated pursuant to Federal Rules of Civil Procedure 42 for all purposes, including trial.

Dated:  February 21, 2014                            BOWLES & VERNA LLP

By: /s/ Lawrence D. Goldberg                .
    MICHAEL P. VERNA
    LAWRENCE D. GOLDBERG
    Attorneys for Plaintiffs JOSEPH L. JOHNSON
    and CYNTHIA A. MITCHELL, individually
    and as successor-in-interest and personal
    representative of decedent MARIO D. S. M.
    ROMERO

///
///
///
///
///
///
///
///

| | |
|---|---|
| Dated:  February 21, 2014 | THE HALEY LAW OFFICES, P.C. |

                By:  /s/ Matthew D. Haley                         .
                  MATTHEW D. HALEY
                  FULVIO F. CAJINA
                  Attorneys for Plaintiffs NXXXXXX RXXXXX, a minor, by and through her guardian ad litem, NATASHA STEPHENS, individually and Successor in Interest to Decedent MARIO ROMERO; CYNQUITA MARTIN, individually and as guardian ad litem for DXXXXX MXXXXX, and DXXXXX MXXXXX, both minors,; AHN KHE HARRIS, individually; and AHN LOC HARRIS, individually

DATE:  February 21, 2014      CITY OF VALLEJO ATTORNEY

                By:  /s/ Kelly Trujillo
                  CLAUDIA QUINTANA
                  KELLY TRUJILLO
                  Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph, Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins

DATE:  February  21, 2014      JONES & DYER

                By:  /s/ Mark A. Jones                         .
                  MARK A. JONES
                  KRISTEN K. PRESTON
                  Attorneys for Defendants City of Vallejo, Officer Dustin B. Joseph, Officer Sean G. Kenney and Vallejo Chief of Police Joseph M. Kreins

**ORDER**

    IT IS SO ORDERED

DATED:  2/24/2014

                                          /s/ John A. Mendez_____

                                          John A. Mendez

                                          U. S. District Court Judge